UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KAREN COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:19-cv-3991 |
| THE UNITED STATES OF AMERICA | ) | |
| THROUGH ITS DEPARTMENT OF | ) | |
| HOUSING AND URBAN | ) | |
| DEVELOPMENT | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

To: The Honorable Judge of the United States District Court for the Southern District of Indiana

Defendant, the United States of America (the "United States"), through its Department of Housing and Urban Development ("HUD"), gives notice that the above-captioned cause now pending in the Johnson Superior Court 1, Cause No. 41D01-1908-PL-000108, is hereby removed to this Court, under the provisions of Title 28, United States Code, Sections 1441, 1442, 1444, and 1446. In support of this Notice of Removal, the United States sets forth the following:

1. The United States has been named as a Defendant in this action, which was commenced in the Johnson Superior Court 1 by the filing of the Plaintiff's Complaint for Strict Foreclosure and to Quiet Title and Terminate Omitted Lien under I.C. 32-29-8-4. [*See* Filing No. 1-2.]

2. Plaintiff's action seeks to strictly foreclose and quiet title to real estate located at 2327 Bristol Drive, Franklin, IN 46131. The United States, through HUD, has an interest in the real estate that is the subject of Plaintiff's strict foreclosure action. As the result of the United

States' interest in the property, issues of federal law and of sovereign immunity arise in this action.

3. As an action to foreclose and quiet title to property in which the United States holds an interest, this action is removable to the district court under the provisions of 28 U.S.C. § 1444. *See* 28 U.S.C. § 1444 (providing that the United States may remove any action brought under 28 U.S.C. § 2410 against the United States in state court to the district and division in which the action is pending); 28 U.S.C. § 2410(a)(2) (stating that the United States may be named a party in any civil action to foreclose a mortgage or other lien upon property, or quiet title to a property, on which the United States has or claims a mortgage or other lien).

4. In accordance with S.D. Ind. Local Rule 81-2, copies of the docket sheet and all pleadings filed in the state court are attached as Exhibit 1. A separate copy of the operative Complaint is further attached as Exhibit 2.

5. By operation of Federal Rule of Civil Procedure 6(a), this notice is filed within thirty days after service of the initial pleadings, which occurred on August 22, 2019.

WHEREFORE, Defendant, the United States of America, through its Department of Housing and Urban Development, by counsel, respectfully removes this action to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: *s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2019, a copy of the foregoing *Notice of Removal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on September 23, 2019, a copy of the foregoing *Notice of Removal* was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Karen Cook
c/o Matthew L. Foutty
DOYLE & FOUTTY, P.C.
41 E. Washington Street, Suite 400
Indianapolis, IN 46204

*s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market, Suite 2100
Indianapolis, IN 46204