UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KAREN COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:19-cv-03991-SEB-TAB |
| THE UNITED STATES OF AMERICA | ) | |
| THROUGH ITS DEPARTMENT OF | ) | |
| HOUSING AND URBAN | ) | |
| DEVELOPMENT | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE OF COUNSEL**

Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Gina M. Shields, Assistant United States Attorney, enters an appearance as counsel in this case for Defendant, United States of America, acting through the Secretary of Housing & Urban Development.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: *s/ Gina M. Shields*

Gina M. Shields
Assistant United States Attorney
Attorney No. 30181-53
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Gina.Shields@usdoj.gov
Telephone No.: (317) 226-6333
Fax No.: (317) 226-6125

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2019, a copy of the foregoing *Appearance of Counsel* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on September 23, 2019, a copy of the foregoing *Appearance of Counsel* was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Karen Cook
c/o Matthew L. Foutty
DOYLE & FOUTTY, P.C.
41 E. Washington Street, Suite 400
Indianapolis, IN 46204

*s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market, Suite 2100
Indianapolis, IN 46204